# ALABAMA COURT OF CRIMINAL APPEALS



July 19, 2024

**CR-2023-0362**
Martin Arrendondo Evenes v. State of Alabama (Appeal from Madison Circuit
Court: CC-19-4608)

## <u>NOTICE</u>

You are hereby notified that on July 19, 2024, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk